

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| | § | |
| THE STATE OF TEXAS, | | No. 08-15-00002-CR |
| | § | |
| State, | | Appeal from the |
| | § | |
| v. | | 409th District Court |
| | § | |
| DANIEL VILLEGAS, | | of El Paso County, Texas |
| | § | |
| Appellee. | | (TC# 940D09328) |
| | § | |
| | § | |

# **O R D E R**

The Court GRANTS the Appellee's Motion for Continuance of the May 5, 2016 submission and oral argument setting. This case will be rescheduled at a later date.

IT IS SO ORDERED this 13th day of April, 2016.

PER CURIAM

Before McClure, C.J., Rodriguez and Hughes, JJ.